IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CV-600-BO(3)

VON BURKS, et al., )
           Plaintiffs, )
                         )
    v.                         )        O R D E R
                         )
JOHN MILLER, JR., et al., )
           Defendants. )

The court has before it a motion by the defendant Victoria Banks to set aside the default previously entered in this case. The court has reviewed the plaintiffs' response. It does not appear that good cause exists to set aside the entry of default. Default having been properly entered upon the defendant's failure to plead or otherwise respond within the times allowed by the Rules of Civil Procedure, the motion to set aside the default is denied.

This 12th day of March, 1996.

                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE

FILED
MAR 13 1996
DAVID W. DANIEL, CLERK
U. S. DISTRICT COURT
E. DIST. NO. CAR.

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina

Deputy Clerk

Case 5:95-cv-00600-BO   Document 21   Filed 03/13/96   Page 1 of 1