IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CV-600-BO(3)

FILED

MAY 13 1996

DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. NO. CAR.

| | |
|---|---|
| VON BURKS, et al., Plaintiffs, | )<br>)<br>) |
| v. | ) O R D E R |
| JOHN MILLER, JR., et al., Defendants. | )<br>)<br>) |

The court has before it a proposed discovery plan submitted by the plaintiffs. The defendants have not submitted a plan. The defendants have had an opportunity to submit a plan but have failed to do so. The court accepts the plaintiffs' proposed plan. The Clerk is authorized to enter such orders as may be appropriate to implement discovery. The court further has before it a motion to compel discovery by the plaintiffs. The defendants have not responded to this. The opportunity and time for a response have expired. The court orders discovery under Rule 37 as proposed by the plaintiffs.

This 9th day of May, 1996.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk