IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CV-600-BO(3)

VON BURKS, et al., )
            Plaintiffs, )
)
vs. ) ORDER ALLOWING
) WITHDRAWAL BY ATTORNEY
JOHN MILLER, JR., et al., )
            Defendants. )

THIS CAUSE coming on for hearing and being heard upon motion by James B. Ethridge, attorney for the defendants, and it appearing to the court that:

1. That the defendants, Wade Cole and Yvonne, have never financially retained James B. Ethridge, Attorney at Law, to represent them.

2. That the defendants have willfully refused to cooperate with their attorney as set out in the Motion filed by Attorney James B. Ethridge.

3. For other reasons as appear in the verified Motion of Attorney James B. Ethridge, which is good cause for him to withdraw as attorney for the defendants;

NOW, THEREFORE, IT IS ORDERED THAT James B. Ethridge be and is hereby permitted to withdraw as attorney for the defendants, Wade Cole and Yvonne Cole.

This the 21st day of January, 1997.

_____
JUDGE PRESIDING

FILED
JAN 23 1997
DAVID W. DANIEL, CLERK
U. S. DISTRICT COURT
E. DIST. NO. CAR.

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina

By: _____
Deputy Clerk